UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Paula J. Karas

     v.                                      Case No. 1:12-fp-377

State of New Hampshire

Paula J. Karas

     v.                                      Case No. 1:12-fp-491

State of New Hampshire

O R D E R

     To the extent Ms. Karas's Notice of Appeal is an attempt to appeal 12-fp-377 and 12-fp-491, the request is denied as no case was ever properly filed, see Local Rule 4.4.  Further, to the extent an appeal may lie in those cases, it is interlocutory in nature and the court declines to certify the appeal. 28 U.S.C. § 1292(b). Finally, to the extent Ms. Karas is attempting to initiate a new civil action, the case is dismissed without prejudice for failure to initiate by complaint, see Fed. R. Civ. P. 3, and for failure to pay the filing fee or submit a meaningful in forma pauperis motion as required by Local Rule 4.4.

The Clerk is directed to provide Ms. Karas with a copy of the *Pro Se* Civil Litigation/Habeas Corpus Guide in order to assist her in any efforts to properly file a pro se complaint and in forma pauperis motion.

SO ORDERED.

/s/ Daniel J. Lynch
Daniel J. Lynch
United States Magistrate Judge

Date: January 16, 2013

cc:  Paula J. Karas, pro se